UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>            Petitioner,<br>    vs.<br>B.M. CASH, Warden,<br><br>            Respondent.<br>_____ | Case No. CV 10-7152 PA (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: January 30, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE