UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAQUES FEARENCE, | ) | Case No. CV 10-7152 PA (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| B.M. CASH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: January 30, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE